UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)             MDL NO 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:**        **JURY TRIAL DEMANDED**
Sara Edwards
(Plaintiff Name(s))

## SHORT-FORM COMPLAINT – VERSION 3

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Second Amended Master Personal Injury Complaint ("SAMPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint – Version 3 as permitted by the Court's Orders regarding motions to dismiss and specifically DE 3751 at 1, as outlined on page 1 of the SAMPIC.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

**I.    PARTIES, JURISDICTION, AND VENUE**

**A. PLAINTIFF(S)**

1. Plaintiff(s) Sara Edwards ("Plaintiff(s)") brings this action (check the applicable designation):

   ☒    On behalf of [~~himself~~/herself];

- 1 -

☐    In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name) _____

2. Injured Party is currently a resident and citizen of (City, and State) Bainbridge Island, WA claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) _____ At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____

If any party claims loss of consortium,

3. _____ ("Consortium Plaintiff") alleges damages for loss of consortium.
4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) _____
5. At the time the alleged injury occurred, Consortium Plaintiff resided in

## B. DEFENDANT(S)

Plaintiff(s) name(s) the following Defendants from the Second Amended Master Personal Injury Complaint in this action:

### a. Brand-Name Manufacturers:

Boehringer Ingelheim Corporation
Boehringer Ingelheim International GMBH
Boehringer Ingelheim Pharmaceuticals, Inc.
Boehringer Ingelheim Promeco, S.A. de C.V.
Boehringer Ingelheim USA Corporation

GlaxoSmithKline (America) Inc.
GlaxoSmithKline LLC
GlaxoSmithKline PLC
Sanofi U.S. Services Inc.
Sanofi-Aventis U.S. LLC

### b. Others Not Named in the SAMPIC:

Amazon.com
Ajanta Pharma USA Inc.
Amneal Pharmaceuticals of New York, LLC
Apotex Corp.
APPCO Pharma LLC
Aurobindo Pharma Ltd.
Costco Wholesale Corporation
Denton Pharma Inc., dba Northwind Pharmaceuticals
Dr. Reddy's Laboratories

Geri-Care
Glenmark Pharmaceuticals, Ltd.
Glenmark Pharmaceuticals Inc., USA
Golden State Medical Supply, Inc.
L. Perrigo Company
Novitium Pharma, LLC
Safeway, Inc.
Sandoz, Inc.
Strides Pharma, Inc.
Sun Pharmaceutical Industries, Inc.
Walgreens Co.
Wockhardt Ltd.

## C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing): Western District of Washington

8. Jurisdiction is proper upon diversity of citizenship.

- 3 -

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

    ☒   By prescription

    ☒   Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) 2015 to 2020

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☒ | BLADDER CANCER | April 7, 2020 |
| ☒ | BREAST CANCER | July 2018 |
| ☐ | COLORECTAL/INTESTINAL CANCER | |
| ☐ | ESOPHAGEAL CANCER | |
| ☐ | GASTRIC CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | OTHER CANCER: | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Second Amended Master Personal Injury Complaint are asserted against Defendants, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

14. By checking the appropriate causes of action below, Plaintiff(s) assert these causes of action based upon the law and applicable Sub-Counts of the following state(s):[1]

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the SAMPIC |
|---|---|---|---|
| ☒ | I | Strict Products Liability — Failure to Warn through Warnings and Precautions | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☐ | II | Negligence — Failure to Warn through Warnings and Precautions | All States and Territories, **Except** LA, NJ, OH, and WA |
| ☒ | III | Strict Products Liability — Failure to Warn through Proper Expiration Dates | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☐ | IV | Negligence — Failure to Warn through Proper Expiration Dates | All States and Territories, **Except** LA, NJ, OH, and WA |
| ☒ | V | Strict Products Liability — Design Defect Due to Warnings and Precautions | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | VI | Strict Products Liability — Design Defect Due to Improper Expiration Dates | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☐ | VII | Negligent Failure to Test | KS, TX |
| ☒ | VIII | Negligent Product Containers[2] | All States and Territories |
| ☒ | IX | Negligent Storage and Transportation | All States and Territories |
| ☒ | X | Unjust Enrichment (Against All Defendants) | All States and Territories |
| ☐ | XI | Loss of Consortium (Against All Defendants) | All States and Territories |

---

[1] In selecting the relevant states above, Plaintiffs reserve all rights to argue choice of law issues at a later time.
[2] This Count applies only to pills, not ranitidine-containing products in the form of syrups or injections.

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the SAMPIC |
|---|---|---|---|
| ☐ | XII | Survival Actions | All States and Territories |
| ☐ | XIII | Wrongful Death | All States and Territories |

## V.  JURY DEMAND

15.  Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.  PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Second Amended Master Personal Injury Complaint.

DATED:  September 30, 2021                KELLER ROHRBACK L.L.P.

By /s/ *Mark D. Samson*
msamson@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822

Michael D. Woerner
mwoerner@kellerrohrback.com
Erika M. Keech
ekeech@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

*Attorneys for Plaintiff Sara Edwards*